BRUCE A. KILDAY, S.B. #66415
   Email: bkilday@akk-law.com
DERICK E. KONZ, S.B. #286902
   Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant BRANDON "JACY" TATUM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUEDELL FREEMAN, | Case No.: 4:18-cv-07661-HSG |
| Plaintiff, | **APPLICATION TO APPEAR BY COURTCALL FOR FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY OF ROHNERT PARK, et al., | DATE: 9/10/19 |
| Defendants. | TIME: 2:00 p.m |
| | CRTRM: 2 |
| | **Hon. Haywood S. Gilliam, Jr.** |

Counsel for BRANDON "JACY" TATUM requests permission to participate telephonically at the further Case Management Conference set for September 10, 2019 at 9:00 a.m. in Courtroom 2. Defense counsel's office is located in Sacramento, California. This proposal was discussed with all parties and there is no objection.

Dated: September 6, 2019                    ANGELO, KILDAY & KILDUFF, LLP

                                            */s/ Derick E. Konz*

                                            By:_____
                                            BRUCE A. KILDAY
                                            DERICK E. KONZ
                                            Attorneys for Defendant BRANDON
                                            "JACY" TATUM

---

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having read the application filed by counsel for BRANDON "JACY" TATUM, this |
| 3 | Court grants permission that counsel for Defendant BRANDON "JACY" TATUM may |
| 4 | appear telephonically on September 10, 2019 at 2:00 p.m. for the scheduled further Case |
| 5 | Management Conference in Courtroom 2 in this matter. Counsel shall contact CourtCall at (866) |
| 6 | 582-6878 to make arrangements for the telephonic appearance. |
| 7 | Dated: 9/9/2019 |

*/s/ Haywood S. Gill, Jr.*
JUDGE OF THE U.S. DISTRICT COURT