Stephen M. Gallenson, CSB #104447
Jane Gaskell, CSB #271387
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
(707) 527-9381

Attorneys for Plaintiff
HUEDELL FREEMAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUEDELL FREEMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF ROHNERT PARK, a government agency; ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY; a government agency, BRANDON "JACY" TATUM, an individual; JOSEPH HUFFAKER, an individual; DAVID SUTTER, an individual; BRIAN MASTERSON an individual; and DOES 1-25 inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 4:18-cv-07661-HSG<br><br>**STIPULATION AND ORDER RE: DISMISSAL** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, by their respective counsel, as follows:

　　　　All claims and this entire action against defendants CITY OF ROHNERT PARK, ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY, BRANDON "JACY" TATUM, JOSEPH HUFFAKER, DAVID SUTTER and BRIAN MASTERSON (defendants) shall be dismissed with prejudice.

　　　　Plaintiff Huedell Freeman and defendants shall bear their own attorney's fees and

costs, and waive any claim for attorney's fees and costs.

Dated: March 9, 2020

                                _____/s/_____
Gregory M. Fox, attorney for City, Masterson and Sutter


                                _____/s/_____
Derick E. Konz, attorney for Tatum


                                _____/s/_____
Dale Allen, attorney for Huffaker


Dated: March 9, 2020       LAW OFFICES OF ANDRIAN & GALLENSON


                                _____/s/_____
Stephen Gallenson
Attorney for Plaintiff
Huedell Freeman

**Filer's Attestation:** Pursuant to Civil Local Rule 5.1(i), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

                              Respectfully submitted,


                                _____/s/_____
Stephen M. Gallenson
Attorney for Plaintiffs
Huedell Freeman

## ORDER

Pursuant to the stipulation of the parties and for good cause shown, IT IS SO ORDERED, that all claims and this entire action are hereby dismissed with prejudice against Defendants CITY OF ROHNERT PARK, ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY, BRANDON "JACY" TATUM, JOSEPH HUFFAKER, DAVID SUTTER, and BRIAN MASTERSON.

Dated: 3/10/2020

_____
Haywood S. Gilliam, Jr.
United States District Judge